**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION - DAYTON**

BRYAN A. MOBLEY v. MIAMI VALLEY HOSPITAL, INC.
CASE NO.  3:13-cv-00102

## INDEX TO EXHIBITS

1. Deposition Transcript Excerpts of Bryan A. Mobley, dated January 31, 2014

2. Deposition Transcript Excerpts of Michael R. Benton, dated February 4, 2014

3. Deposition Transcript Excerpts of A. Bernita Ricks, dated February 7, 2014

4. Deposition Transcript Excerpts of Danny L. Smith, Jr., dated February 4, 2014

5. Deposition Transcript Excerpts of Joseph S. Zippilli, dated February 3, 2014

6. Defendant's Exhibit B – Report of Examination

7. Defendant's Exhibit D – Employee Manual 2012

8. Defendant's Exhibit E – Job Description and Performance Appraisal dated 11/1/10

9. Defendant's Exhibit F – Letter from Carl Ramey dated 4/4/11

10. Defendant's Exhibit G – Letter from Char Gloyd dated 4/4/11

11. Defendant's Exhibit H – Letter from Bryan A. Mobley dated 4/12/11

12. Defendant's Exhibit I – Letter dated 11/4/11

13. Defendant's Exhibit J – Letter from Nicole Kayler, DTR

14. Defendant's Exhibit L – Letter from Joe Zippilli dated 2/1/12

15. Defendant's Exhibit M – Dischargeable Offenses

16. Defendant's Exhibit N – Daily Job Description 2/7/12 – 3/5/12

17. Defendant's Exhibit O – Letter from Joel Vandersluis, M.D., F.R.C.P. dated Feb. 6, 2012

18. Defendant's Exhibit Q – Family and Medical Leave Policy

19. Defendant's Exhibit R – Letter from Cigna Leave Solutions dated Feb. 3, 2010

20.     Plaintiff's Exhibit 17 – Daily Job Description 2/7/12

21.     Plaintiff's Exhibit 18 – Note to File re: Mobley concerns about the level of work dated 2/7/12

22.     Plaintiff's Exhibit 19 – Daily Job Description 2/8/12

23.     Plaintiff's Exhibit 21 – Daily Job Description 2/10/12

24.     Plaintiff's Exhibit 22 – Note to PT2 based on MDI of 2/9/12 for Mobley dated 2/10/12

25.     Plaintiff's Exhibit 23 – Daily Job Description 2/11/12

26.     Plaintiff's Exhibit 24 – Daily Job Description 2/12/12

27.     Plaintiff's Exhibit 25 – Daily Job Description 2/15/12

28.     Plaintiff's Exhibit 26 – Daily Job Description 2/17/12

29.     Plaintiff's Exhibit 27 – Daily Job Description 2/16/12

30.     Plaintiff's Exhibit 28 – Daily Job Description 2/20/12

31.     Plaintiff's Exhibit 29 – Daily Job Description 2/22/12

32.     Plaintiff's Exhibit 30 – Daily Job Description

33.     Plaintiff's Exhibit 31 – Daily Job Description 3/2/12

34.     Plaintiff's Exhibit 32 – Daily Job Description 3/3/12

35.     Plaintiff's Exhibit 33 – Daily Job Description 3/4/12

36.     Plaintiff's Exhibit 34 – Daily Job Description 3/5/12

37.     Plaintiff's Exhibit 39 – Developmental Plan

38.     Plaintiff's Exhibit 40 – Checklist

39.     Plaintiff's Exhibit 41 – Note to File – Meeting re: Mobley's return to former position

40.     Plaintiff's Exhibit 42 – Letter from Joel Vandersluis, M.D. dated 2/23/12

41.     Plaintiff's Exhibit 43 – Note to File – Reviewed updated performance plan with employee Mobley 2/23/12

42.    Plaintiff's Exhibit 44 – Developmental Plan

43.    Plaintiff's Exhibit 46 – Note to File Mobley Light Duty

44.    Plaintiff's Exhibit 47 – Letter from Joel Vandersluis dated February 27, 2012

45.    Plaintiff's Exhibit 50 – Email from J. Zippilli re: Mobley return to work dated Feb. 29, 2012

46.    Plaintiff's Exhibit 51 – Note from J. Zippilli re: Mobley work dated 2/29/12

47.    Plaintiff's Exhibit 53 – Note to File from J. Zippilli

48.    Plaintiff's Exhibit 54 – Corrective Action Form, Step 4:  Final Warning dated 3/2/12

49.    Plaintiff's Exhibit 55 – Note to File re: before Step 5 Corrective Action

50.    Plaintiff's Exhibit 56 – Note re: how fast work is done

51.    Plaintiff's Exhibit 60 – Corrective Action Form, Step 5:  Discharge dated 3/8/12

52.    Plaintiff's Exhibit 63 – Corrective Action Form, Step 3:  Written Warning dated 2/14/12

53.    Plaintiff's Exhibit 64 – Note to File re: use of knee pads dated 2/15/12

54.    Plaintiff's Exhibit 65 – Note to File re: discussion in BS Equipment dated 2/23/12

55.    Plaintiff's Exhibit 66 – Family and Medical Leave Policy

56.    Plaintiff's Exhibit 69 – Email from Mike Benton re: surgical people concerns about Mobley

57.    Plaintiff's Exhibit 70 – Email from Mike Benton re: altercation with co-worker

58.    Plaintiff's Exhibit 79 – Letter from Cigna re: Leave Status dated 2/25/12

59.    Plaintiff's Exhibit 80 – Letter from Cigna re: Intermittent Time Reported dated 2/23/12

213075/430478