FILED
JOHN P. HEHMAN
CLERK

2014 APR 11 PM 3: 18

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BRYAN A. MOBLEY, | : | CASE NO: 3:13-cv-00102 |
| Plaintiff, | : | District Judge Timothy J. Black<br>Magistrate Judge Michael R. Merz |
| vs. | : | |
| MIAMI VALLEY HOSPITAL, INC., | : | NOTICE OF SUBMISSION OF AUDIO CLIP AS AN EXHIBIT TO |
| Defendant. | : | PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MIAMI VALLEY HOSPITAL'S MOTION FOR SUMMARY JUDGMENT (Doc. No. 19). |

Plaintiff, Bryan A. Mobley, hereby submits an audio clip pursuant to this Courts Order of April 11, 2014.

Said audio clip is an excerpt from the recording of the State of Ohio Unemployment Compensation Review Commission hearing that occurred on June 26, 2012 in Docket No. H-2012013290.

Plaintiff, Bryan A. Mobley's, testimony begins at minute marker 33:30 and ends at minute marker 54:12. The portion of his testimony most germane to this inquiry is found between minute 42:30 and 45:30.

Respectfully submitted,

/s/ Adam R. Webber
ADAM R. WEBBER, Esq.
Bar No. 0080900
Trial attorney for Bryan A. Mobley
FALKE & DUNPHY, LLC
30 Wyoming Street
Dayton, Ohio 45409
Tel. 937.222.3000
Fax 937.222.1414
Email: webber@ohiolawyers.cc

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2014, I filed the foregoing with the Clerk of the Court by *hand-delivery* and to opposing counsel by electronic mail:

Gretchen M. Treherne
BIESER, GREER & LANDIS LLP
400 PNC Center, 6 North Main Street
Dayton, Ohio 45402-1908

/s/ Adam R. Webber
_____
Adam R. Webber (#0080900)
Attorney for Plaintiff